UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JORDAN MARK GEIGER

1027 Azalea Road

Union, New Jersey [07083]

Phone: (908)342-1598

In Re:
JORDAN MARK GEIGER

Case No.: 23-10396-VFP

Chapter: 13

Hearing Date: 3/2/2023

Judge: PAPALIA

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2023 FEB 14 P 3:37 JEANNE A. NAUGHTON BY: D. [signature] DEPUTY CLERK*

## NOTICE OF MOTION OBJECTION TO YOUR CLAIM

To: **U.S. BANK NATIONAL ASSOC. not in its Ind. capacity but solely as Legal Title Trustee for RMTP Trust / RUSHMORE LOAN MANAGEMENT SERVICES**

The debtor has filed the enclosed NOTICE OF OBJECTION TO YOUR CLAIM (Docket No. [23-10396-VFP; Claim Number: presently unknown]) which seeks to alter your rights by disputing the above-mentioned claim and requesting verification of the debt before proceeding.

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before 3/2/2023.

At the same time, you must also serve a copy of the response upon the debtor at the following address: *Jordan Mark Geiger, 1027 Azalea Road, Union, New Jersey [07083]*

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Judge PAPALIA on 3/2/2023 at 10:00 a.m. at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street 3rd Floor, Newark New Jersey, Courtroom no.3B.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**